ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Sacramento Weed & Growth Regulators, Inc. )    ASBCA No. 57378
)
Under Contract No. F04666-02-D-0001 )

APPEARANCE FOR THE APPELLANT:          Scott L. Harper, Esq.
                                        Shore, McKinley, Conger & Scott LLP
                                        Stockton, CA

APPEARANCES FOR THE GOVERNMENT:        Col Robert J. Preston II, USAF
                                        Acting Air Force Chief Trial Attorney
                                       Jeffrey P. Hildebrant, Esq.
                                        Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE DELMAN

By letter dated 29 April 2014, the government filed a joint motion dated 28 March 2014, in which the parties moved for a consent judgment in this appeal in favor of appellant in the amount of one hundred seventy-five thousand dollars ($175,000.00) inclusive of interest under the Contract Disputes Act (CDA), in accordance with the parties' settlement agreement, as modified.

The Board grants the parties' motion. It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b) and the parties' joint motion and settlement agreement as modified, that ASBCA No. 57378 is hereby sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of one hundred seventy-five thousand dollars ($175,000.00), inclusive of interest under the CDA. Appellant has waived and released its rights to any attorney's fees.

Dated: 7 May 2014

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 57378, Appeal of Sacramento Weed & Growth Regulators, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2